■ ROBERT ANRIG, Respondent, v NORTH FORK BANK & TRUST Co., Defendant, and JOHN A. KANAS, Appellant. [598 NYS2d 992] —Appeal by the defendant John A. Kanas, as limited by his brief, from stated portions of an order of the Supreme Court, Suffolk County (Doyle, J.), dated April 26, 1991.

Ordered that the order is affirmed insofar as appealed from, with costs, for the reasons stated by Justice Doyle at the Supreme Court. Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.